**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1055**

PEARL O. MADRIAL,

        Plaintiff - Appellant,

     v.

MERRICK GARLAND, U.S. Attorney General,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-cv-00372-FL)

Submitted:  December 19, 2024           Decided:  December 23, 2024

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

**ON BRIEF:**  Harold E. Lucas, LUCAS LAW GROUP, PLLC, Garner, North Carolina, for Appellant.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Michael S. Raab, Sonia Carson, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pearl O. Madrial has noted an appeal from the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(1) motion and dismissing for lack of subject matter jurisdiction her civil action alleging that Defendant illegally appointed a special counsel who illegally brought criminal charges against then-candidate for President Donald Trump and that she likely would involuntarily withhold her vote for the candidate of her choice. The district court determined that Madrial did not satisfy her burden to show standing to sue under Article III of the Constitution.

During the pendency of this appeal, the special counsel moved for and received a dismissal of his criminal prosecution brought in the United States District Court for the District of Columbia and moved for and received dismissal of its appeal to the United States Court of Appeals for the Eleventh Circuit of the dismissal of its criminal prosecution brought against then-candidate Donald Trump in the United States District Court for the Southern District of Florida. In light of these developments, our resolution of this appeal would be without effect, and therefore, advisory. We thus lack jurisdiction to consider this appeal. *See Holloway v. City of Va. Beach*, 42 F.4th 266, 273 (4th Cir. 2022) ("A dispute is moot, depriving federal courts of jurisdiction to decide it, when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." (internal quotation marks omitted)); *Norfolk S. Ry. Co. v. City of Alexandria*, 608 F.3d 150, 161 (4th Cir. 2010) (noting that parties lack legally cognizable interest in outcome where "resolution of an issue could not possibly have any practical effect on the outcome of the matter").

Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*